**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant TDK & YC Consulting, LLC

Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
THE LAW OFFICE OF HAKIMI & SHAHRIARI
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff, TERESA HICKS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA HICKS**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**TDK & YC Consulting, LLC**, a California limited liability company; and DOES 1-10,<br><br>*Defendants*. | Case No. 5:22-cv-00197-JWH-SHK<br><br>**Stipulation For Dismissal Pursuant to Federal Rule Of Civil Procedure 41(A)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teresa Hicks and Defendant TDK & YC Consulting, LLC, through their respective attorneys, having full authority to do so, stipulate and jointly request that this Court dismiss with prejudice the claims for injunctive relief whether

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Hicks v. TDK & YC - Stipulation for Dismissal     1
STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)(a)(ii)

brought under the federal Americans with Disabilities Act or state law, and dismiss without prejudice the claims for damages under the Unruh Civil Rights Act. It is agreed that each party shall bear his/her/its own costs and attorneys' fees.

Dated: November 9, 2022     LAW OFFICES OF STEPHEN ABRAHAM

By: ___/s/ Stephen E. Abraham___
Stephen E. Abraham
Attorney for Defendant

Dated: November 9, 2022     THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: ___/s/ Lauren Davis___
Lauren Davis
Attorney for Plaintiff

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Plaintiff Teresa Hicks, and that I have obtained authorization to affix Plaintiff counsel's electronic signature to this document.

Dated: November 9, 2022     LAW OFFICES OF STEPHEN ABRAHAM

By: ___/s/ Stephen E. Abraham___
Stephen E. Abraham
Attorney for Defendant

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Hicks v. TDK & YC - Stipulation for Dismissal     2
STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)(a)(ii)